UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :
                                    :
        - v. -                      :     NOTICE OF INTENT
                                    :     TO FILE AN
RAFAEL SANCHEZ,                     :     INFORMATION
  a/k/a "Speech,"                   :
                                    :     07 Cr.
        Defendant.                  :     **07 CRIM 1108**
- - - - - - - - - - - - - - - - - x

        Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         December __, 2007

                                MICHAEL J. GARCIA
                                United States Attorney


                        By:    _____
                                Michael Q. English
                                Assistant United States Attorney


                        AGREED AND CONSENTED TO:

                        By:    _____
                                Harvey Fishbein, Esq.
                                Attorney for Rafael Sanchez

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: DEC 04 2006

TOTAL P.02

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                   :
UNITED STATES OF AMERICA           :
                                   :
         - v. -                    :
                                   :   NOTICE OF INTENT
RAFAEL SANCHEZ,                    :   TO FILE AN
 a/k/a "Speech,"                   :   INFORMATION
                                   :
                                   :   07 Cr.
         Defendant.                :
- - - - - - - - - - - - - - - - - x
```

Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         December 4, 2007

                           MICHAEL J. GARCIA
                           United States Attorney


                    By:    _____
                           Michael Q. English
                           Assistant United States Attorney


                           AGREED AND CONSENTED TO:


                    By:    _____
                           Harvey Fishbein, Esq.
                           Attorney for Rafael Sanchez