UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :       **07 CRIM 1108**

    - v. -                          :

                                                          **WAIVER OF INDICTMENT**

RAFAEL SANCHEZ,                     :
  a/k/a "Speech,"                         07 Cr.
                                        :       **JUDGE LYNCH**
            Defendant.

- - - - - - - - - - - - - - - - x

        The above-named defendant, who is accused of violating Title 21, United States Code, Section 846, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                                               _____
                                                               RAFAEL SANCHEZ

                                                              _____
                                                              Harvey Fishbein, Esq.
                                                              Attorney for RAFAEL SANCHEZ

                Witness:       _____

Date:    New York, New York
         December___, 2007