UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

**Rafael Sanchez,**

Defendant.

07 Cr. 1108 (GEL)

**NOTICE OF CHANGE OF FIRM, PHONE AND EMAIL**

   PLEASE BE ADVISED that the following contact information for Harvey Fishbein, Esq.:

   Harvey Fishbein, Esq.
   Fishbein McConnell, LLP
   61 Broadway
   Suite 1601
   New York, NY 10006
   212-233-9555
   212-267-3024 (fax)
   Fishbein@fmlawny.com

has been changed to:

   Harvey Fishbein, Esq.
   61 Broadway
   Suite 1601
   New York, NY 10006
   212-233-9555
   212-267-3024 (fax)
   hf@harveyfishbein.com

Dated: New York, NY
   January 3, 2008

                       /s/ Harvey Fishbein
                       Harvey Fishbein, Esq.
                       Attorney for the Defendant
                       61 Broadway, Suite 1601
                       New York, NY 10006
                       212-233-9555