LAW OFFICE
OF
# B. ALAN SEIDLER
580 BROADWAY
NEW YORK, NEW YORK 10012

TELEPHONE
(212) 334-3131
(888) 247-0243
FACSIMILE
(212) 334-2211

**MEMO ENDORSED**

April 24, 2008

Hon. Gerard E. Lynch
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

By FAX

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/08

re: USA v. Sanchez
07 cr. 1108 (GEL)

Dear Judge Lynch;

I am requesting a 2 week extension of time until May 12, 2008, to file defendant's ✷
motions. I have not yet received discovery from the Government, particularly defendant's proffer statements.
Thank you.

Very truly yours,

B. Alan Seidler

cc: AUSA Michael English, by FAX, x2527
bas/ee

✷ SO ORDERED

_____
GERARD E. LYNCH, U.S.D.J.
4/29/08