May 12, 2008

Hon. Gerard E. Lynch
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

By ECF

    re: USA v. Sanchez
       07 cr. 1108 (GEL)

Dear Judge Lynch;

    Defendant will not file motions in this matter.

Very truly yours,

B. Alan Seidler

bas/ee