UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

    -against-

RAFAEL SANCHEZ,
                    Defendant.

------------------------------------------------------------x

07 Cr. 1108 (GEL)

ORDER



GERARD E. LYNCH, District Judge:

    In a letter dated August 7, 2008, the government requests an adjournment of the defendant's plea, with defendant's consent, from August 8, 2008, to August 22, 2008. The government also requests the exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, et seq., until August 22, 2008. The government informs the Court that it plans to offer a plea agreement to the defendant within the next 24 hours.

    The Court finds that the interests of justice are served by such an exclusion to allow the defendant time to consider the new plea agreement.

    Therefore, it is ORDERED:

    1. that the defendant's plea is adjourned to August 22, 2008, at 2:30 p.m.

    2. that the time from August 8, 2008, through August 22, 2008, is excluded in the interests of justice from all calculations under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED:

Dated: New York, New York
       August 7, 2008

                                                    GERARD E. LYNCH
                                            United States District Court Judge